UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

GENTEX CORPORATION,

          Plaintiff,

-against-

RONALD ABBOTT, HELICOPTERHELMET.COM
and HELICOPTER HELMET, LLC

------------------------------------- x

MISC 14 1247

Underlying Litigation:
Case No. 12-CV-2549
United States District
Court for the Middle
District of Pennsylvania

## PROPOSED ORDER ON MOTION TO COMPEL RESPONSE TO SUBPOENA SERVED ON TRANSAERO, INC.

Respectfully submitted,

FAUST GOETZ SCHENKER & BLEE

_____
Peter Kreymer (7234)
Local counsel for Defendant Ronald Abbott
Two Rector Street, 20th Floor
New York, New York 10006
(212) 363-6900 ext 12
Fax: (212) 363-1090
Our File No.: 13005-SC
Email: pkreymer@fgsb.com

LAW OFFICES OF BRUCE J. CHASAN, LLC
Of Counsel for Defendant Ronal Abbott
(Pro Hac Vice application to be submitted)
Bruce J. Chasan (PA I.D. No. 29227)
Two Penn Center – Suite 312
1500 JFK Boulevard
Philadelphia, PA 19102
Phone: (215) 567-4400
Fax: (215) 565-2882
Email: bjchasan@brucechasanlaw.com

1

## PROPOSED ORDER ON MOTION TO COMPEL RESPONSE TO SUBPOENA SERVED ON TRANSAERO, INC.

AND NOW, this _____ day of _____, 2014, upon consideration of Defendant Ronald Abbott's Motion to Compel Response to Subpoena Served on Transaero, Inc. ("Transaero"), filed on _____, it is hereby ORDERED that the Motion is GRANTED.

Transaero is ORDERED to make a full and complete production in response to the subpoena dated August 13, 2013, within thirty (30) days of the date of this Order.

IT IS SO ORDERED:

_____
United States District Judge

2